# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER (AMENDED)** |
| | ) | |
| vs. | ) | |
| | ) | |
| Toyea Darnell Funches, | ) | Case No. 1:17-cr-118 |
| | ) | |
| Defendant. | ) | |

Before the court is a Motion to Continue Detention Hearing filed by defendant on June 8, 2017. For good cause shown, the court **GRANTS** the motion (Docket No. 50). Defendant's detention hearing shall be rescheduled for Friday, June 16, 2017, at 9:30 a.m. Defendant will be appearing via video from Rugby. Counsel for defendant and the Government will be in Bismarck (Courtroom #2). The undersigned shall conduct the hearing from Fargo (ADR).

**IT IS SO ORDERED.**

Dated this 8th day of June, 2017.

/s/ Charles S. Miller, Jr.

Charles S. Miller, Jr., Magistrate Judge
United States District Court